United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 06, 2013
Docket #: 13-2616mv
Short Title: Wang v. The Hearst Corporation

DC Docket #: 12-cv-793
DC Court: SDNY (NEW YORK CITY)
DC Judge: Baer

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal pursuant 1292(b) filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, November 26, 2013.

Inquiries regarding this case may be directed to 212-857-8595 .